IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DARRYL WILLIAMS

    Plaintiff,

VS.                          NO. 04-2976-M1 P

THE CITY OF MEMPHIS, TENNESSEE, et. al.

    Defendants.

---

ORDER GRANTING DEFENDANT VANCE STACKS AN
EXTENSION OF TIME IN WHICH TO RESPOND

---

This matter came on to be heard upon Defendant's Motion for an Extension of Time to Respond and the entire record in this cause from which it appears to the Court that for good cause shown the Motion of the Defendant should be granted and that the Defendant should be granted an additional period up to and including May 30, 2005 in which to respond or otherwise plead in this cause.

IT IS SO ORDERED.

                                      _____
                                      Judge
                                Dated: 4/22/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-25-05

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been served upon Mr. Gerald Green, Attorney at Law, 147 Jefferson Avenue, Suite 800, Memphis, Tennessee 38103 and Mr. Henry L. Klein, Attorney at Law, P.O. Box, 172196, Memphis, Tennessee 38187-2196 by U.S mail, postage prepaid, this __21__ day of April, 2004.

_____
JEAN E. MARKOWITZ

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02976 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT