IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Darryl Williams<br>    Plaintiff,<br><br>vs.<br><br>City of Memphis, et al<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.04-2976-M1/P<br>)<br>)<br>)<br>)<br>) |

RULE 16(b)SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held <u>April 21, 2005.</u> Present were <u>Gerald S. Green</u>, counsel for plaintiff, and <u>Henry L. Klein and Jean Markowitz</u>, counsel for defendants. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P.26(a)(1)**: May 20, 2005

**JOINING PARTIES**: June 20, 2005

**AMENDING PLEADINGS**: June 20, 2005

**INITIAL MOTIONS TO DISMISS**: July 20, 2005

**COMPLETING ALL DISCOVERY**: November 21, 2005

    (a) **DOCUMENT PRODUCTION**: November 21, 2005

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: November 21, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-25-05



    **(c) EXPERT WITNESS DISCLOSURE (Rule 26):**

        **(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: September 20, 2005

        **(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: October 20, 2005

        **(3) EXPERT WITNESS DEPOSITIONS**: November 21, 2005

**FILING DISPOSITIVE MOTIONS**: January 20, 2006

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. The parties anticipate trial will last 2-3 days.

This case may be appropriate for ADR. **Status conference is set for Thursday, August 18, 2005 at 10:00 a.m.** to discuss possibility of ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: 4/22/05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02976 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT