FILED BY ___ ⚡ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 JUL 21 AM 10: 19
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

DARRYL WILLIAMS,                          )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )    No. 04-2976 M1/P
                                          )
THE CITY OF MEMPHIS,                      )
OFFICER VANCE STACKS,                     )
and OTHER JOHN DOE OFFICERS,              )
                                          )
        Defendants.                       )

---

### ORDER DENYING MOTION TO DISMISS OF DEFENDANT CITY OF MEMPHIS AS MOOT

---

Before the Court is the Motion To Dismiss of Defendant City of Memphis, filed February 4, 2005. Plaintiff responded in opposition on March 25, 2005. Plaintiff also filed an Amended Complaint on the same date. Defendant City of Memphis filed a motion to dismiss the Amended Complaint on April 25, 2005. Plaintiff responded in opposition on July 18, 2005.

In its motion to dismiss the Amended Complaint, Defendant relied upon the arguments presented in its February 4, 2005, motion. Because Plaintiff filed an Amended Complaint, Defendant's February 4, 2005, motion to dismiss is DENIED as moot. However, because Defendant, in its motion to dismiss the Amended Complaint, relied upon the arguments made in its original motion to dismiss, the Court will consider the arguments presented in the February 4, 2005, motion in deciding Defendant's

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-21-05_



motion to dismiss the Amended Complaint.

IT IS SO ORDERED this _21_ day of July, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02976 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT