IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 AM 9:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DARRYL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2976 Ml/P |
| ) | |
| THE CITY OF MEMPHIS, ) | |
| OFFICER VANCE STACKS, ) | |
| IBM #2855 and OTHER JOHN ) | |
| DOE OFFICERS ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

Before the Court is the Motion to Dismiss and/or in the Alternative for Summary Judgment of Defendant Vance Stacks, filed May 27, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to the motion was due on or before July 8, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendant's motion should not be granted.[1]

Failure to respond to this Order to Show Cause in a timely manner may result in the Court granting Defendant's motion.

IT IS SO ORDERED this 16 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] To comply with this Order, Plaintiff must file a written response to the Motion to Dismiss and/or in the Alternative for Summary Judgment.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02976 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Jon McCalla
US DISTRICT COURT